IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUDOLPH HERRERA MORALEZ,** | Case No. C 15-2457 WHO (PR) |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME** |
| v. | |
| **WARDEN RON DAVIS,** | |
| Defendant. | |

Counsel for Defendant Warden Ron Davis filed a request for a seventy-five-day extension of time, up to and including December 17, 2016, in which to file a dispositive motion or to indicate that this case cannot be resolved by such a motion. The Court has read and considered the request and counsel's accompanying declaration, and finds that good cause exists to grant the request.

IT IS HEREBY ORDERED that Defendant's request for an extension of time is GRANTED, and that the time to file a dispositive motion or indicate that this case cannot be resolved by such a motion is extended for approximately ninety days, up to and including December 19, 2016. Plaintiff's opposition, if any, to the dispositive motion shall be filed with the Court and served on Defendant no later than thirty (30) from the date Defendant's motion is served upon him. If Defendant wishes to file a reply brief, he shall do so no later than fifteen (15)

days after Plaintiff's opposition is served on him.  The motion shall be deemed submitted as of the date the reply brief is due.  No hearing will be held on the motion unless the Court so orders at a later date.

Dated:  September 30, 2016

_____
The Honorable William H. Orrick